O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOM P. WILSON, ET AL., ) | Case No. EDCV 13-00489 DDP (PLAx) | |
| Plaintiff, ) | **ORDER VACATING ALL MOTIONS AND APPLICATIONS AND SETTING SCHEDULING CONFERENCE** | |
| v. ) | | |
| US INVESTIGATIONS SERVICES, ) LLC; ALTEGRITY, INC., ) PROVIDENCE EQUITY PARTNERS, ) LLC, CHESTER RIGGINS; ) CAROLINE ASHLEY; MICHAEL ) MANDELBLATT; HEIDI NIELSEN, ) | [Dkt. Nos. 12 & 15] | |
| Defendants. ) | | |

Before the court is Defendant US Investigations Services, LLC's Ex Parte Application. The court VACATES without prejudice all pending motions. The court VACATES without prejudice all subpoenas that have been issued. The court relieves Plaintiff of the requirement under Local Rule 23-3 that Plaintiff file a motion for class certification within 90 days of filing his complaint.

A new deadline for the class certification motion shall be submitted for approval by the court at the scheduling conference. The scheduling conference is set for **Monday, August 5, 2013 at 3:30 p.m.** in Courtroom 3, before the Honorable Dean D. Pregerson,

located at 312 North Spring Street, Los Angeles, California 90012. The conference will be held pursuant to Federal Rules of Civil Procedure 16(b). Lead trial counsel shall attend the scheduling conference.

    The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than twenty-one (21) days prior to the scheduling conference and file a report with the Court entitled "Rule 26(f) Report", not later than fourteen (14) days after they confer as required by Federal Rule of Civil Procedure 26 and the Local Rules of this Court. The parties are ordered to meet and confer to prepare the joint 26(f) report and jointly propose trial and pretrial dates for the court's approval. Failure to meet and confer in good faith will result in sanctions. The court expects the parties to resolve all pending issues without judicial involvement to the greatest extent possible.

IT IS SO ORDERED.

Dated: June 11, 2013

DEAN D. PREGERSON
United States District Judge