NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM P. WILSON, and ROES One through six hundred, inclusive,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>US INVESTIGATIONS SERVICES, LLC; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No. EDCV 13-00489-DDP-PLA(x)<br><br>[PROPOSED] PROTECTIVE ORDER<br><br>Complaint Filed: December 28, 2012 |

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

PROTECTIVE ORDER

## **ORDER**

Having reviewed the Joint Stipulation for Protective Order ("Stipulated Protective Order") between the parties, good cause appearing therefore, it is hereby ordered that the parties' Stipulated Protective Order, attached hereto as Exhibit 1, be entered in its entirety as the Order of this Court.

IT IS SO ORDERED.

Dated: January 16, 2014

*/s/ Paul L. Abrams*

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

PROTECTIVE ORDER                                1.